UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BONILLA,

          Plaintiff,

   v.

WARDEN,

          Defendant.

Case No. 22-cv-01510-JSW

**ORDER OF DISMISSAL**

    This case was opened when Petitioner, a California prisoner on death row, filed a "motion to vacate" under Rule 60(b) of the Federal Rules of Civil Procedure. Because the motion did not include a case number, the Clerk opened it as a new petition for federal habeas relief. Petitioner has a pending petition for a writ of habeas corpus in which he challenges his state court judgment he challenges in the petitions filed herein. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions, and other requests that concern his attempt to obtain federal habeas relief through counsel in that case. If the instant motion pertains to a judgment in a specific case, Petitioner must file it again in that case by including the pertinent case number in the caption of his motion. Accordingly, the above-captioned case is DISMISSED. The clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: March 29, 2022

_____
JEFFREY S. WHITE
United States District Judge